```
                                                        Closed
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


EDWARD LEE, SR., et al
        Plaintiff,              :
                                       Civil 6cv4634 (DMC)
        v.                      :

LENAPE VALLEY BD. OF ED., et al
                                :
        Defendant.
```

It appearing that it has been reported to the Court that the above-captioned matter has been settled,

It is on this 25th day of February 2010,

ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated. The terms of the settlement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

```
                              S/ DENNIS M. CAVANAUGH
                                 DENNIS M. CAVANAUGH
                              United States District Judge
```