WILEY MALEHORN SIROTA & RAYNES
250 Madison Avenue
Morristown, New Jersey 07960
(973) 539-1313

Attorneys for Defendants, Lenape Valley
Regional Board of Education and Douglas deMarrais

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD LEE, SR., and LEANNE LEE on behalf of their minor son, E.L. : | CIVIL ACTION NO: 06-4634 |
| Plaintiff, : | **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |
| v. : | |
| LENAPE VALLEY REGIONAL BOARD OF EDUCATION, and DOUGLAS deMARRAIS (sued in his official and personal capacity), : | |
| Defendants : | |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice without costs against any party.

LAW OFFICES OF JOSHUA FRIEDMAN  WILEY MALEHORN SIROTA & RAYNES
Attorneys for Plaintiffs,                           Attorneys for Defendants

By: _____            By: _____
    Rebecca Houlding, Esq.                      James M. McCreedy

Dated: April 8 ___, 2010                      Dated: April 9 ___, 2010